_____

No. 95-3264
_____

Dorothy Lewis,                          *
                                        *  Appeal from the United States
            Appellant,                  *  District Court for the
                                        *  Western District of Missouri.
      v.                                *
                                        *        [UNPUBLISHED]
Fred Gibbs,                             *
                                        *
            Appellee.                   *


_____

            Submitted:  March 26, 1996

              Filed:  April 10, 1996

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     Dorothy Lewis appeals the district court's[1] dismissal with prejudice
of her action against Fred Gibbs.  We deny Lewis's motion to strike Gibbs's
appellate brief.  Having carefully reviewed the record and the parties'
briefs, we conclude the judgment of the district court was correct.


     Accordingly, we affirm.  See 8th Cir. R. 47B.


_____

     [1]The Honorable D. Brook Bartlett, Chief Judge, United States
District Court for the Western District of Missouri.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.